## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:16-CV-1525 (JAM) |
| $37,800 IN UNITED STATES CURRENCY | : | |
| Defendant. | : | |
| [CLAIMANT: CLIFTON HENRY] | : | December 7, 2016 |

## **ANSWER**

The Claimant, Clifton Henry, by his attorney, William T. Koch, Jr., by way of Answer respectfully states that:

1.) The Claimant admits the allegations in paragraphs 1-5 of the Verified Complaint of Forfeiture.

2.) The Claimant leaves the United States of America to it's burden of proof regarding the allegations in paragraphs 6-16 of the Verified Complaint of Forfeiture.

3.) The Claimant denies the allegations in paragraph 17 of the Verified Complaint of Forfeiture.

WHEREFORE, the Claimant requests a trial in this matter and such other relief as this Court may deem just and proper.

        The Claimant, Clifton Henry,

        /s/ William T. Koch, Jr.
        William T. Koch, Jr., Fed. Bar #ct04781
        44 Lyme Street
        Old Lyme, CT 06371
        Phone: 860-434-3060/ fax: 860-434-9483
        wmtkochjr@aol.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy this Answer was sent to the following on

December 7, 2016:

## NOTICE OF SERVICE

I hereby certify that on December 7, 2016, a copy of this Answer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via-e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CV/ECF Filing System.

/s/ William T. Koch, Jr.
William T. Koch Jr., Esq. Fed Bar ct#04781
44 Lyme Street
Old Lyme, CT 06371
Phone: 860-434-3060/ fax: 860-434-9483
wmtkochjr@aol.com