# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:16CV1525 (JAM) |
| $37,800.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: CLIFTON HENRY] | : |

## STIPULATION FOR COMPROMISE SETTLEMENT

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-referenced defendant currency, the UNITED STATES and the CLAIMANT, CLIFTON HENRY ("CLAIMANT"), and his agents, subrogees, successors, and assigns, by and through his respective counsel, hereby stipulates and agrees to the compromise settlement of the above-referenced action, upon the terms and conditions set forth below:

1. That the CLAIMANT agrees to the forfeiture of $27,800.00 to the UNITED STATES in the above-referenced forfeiture action.

2. That the UNITED STATES agrees to return $10,000.00 to the CLAIMANT through his attorney, William T. Koch, Jr.

3. That CLAIMANT agrees for the purpose of this Stipulation of Compromise Settlement in the above-captioned case that he is not the prevailing party pursuant to 28 U.S.C. § 2412.

4. That CLAIMANT further agrees that he nor any current or future agents, representatives, subrogees, assigns or successors, shall appear in or pursue any action or

proceeding at law or in equity to contest the forfeiture of $27,800.00 to the UNITED STATES in the above-referenced forfeiture action.

5. That CLAIMANT stipulates that he hereby releases and forever discharges the United States of America, and the United States Customs and Border Protection, and their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimant, his heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of $27,800.00.

6. That CLAIMANT further agrees to hold and save the United States of America, and the United States Customs and Border Protection, and their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, and forfeiture of $27,800.00.

7. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the further expense and risk of litigation.

8. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documentation necessary to implement the terms of this stipulated agreement and in this forfeiture action.

Dated: 6-8-2017

By: [signature]

UNITED STATES OF AMERICA
DEIRDRE M. DALY
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT  06510
(203) 821-3700
FEDERAL BAR # ct20962

ATTORNEY FOR THE PLAINTIFF
UNITED STATES OF AMERICA

Dated: 6-6-2017

[signature]
WILLIAM T. KOCH, JR.
KOCH & KOCH
151 BRUSH HILL ROAD
OLD LYME, CT 06371

ATTORNEY FOR THE CLAIMANT
CLIFTON HENRY

Dated: 6-1-17

[signature]
CLIFTON HENRY
CLAIMANT